# United States Court of Appeals

## For the Eighth Circuit

_____

No. 13-1226

_____

Rodney Bell

*Plaintiff - Appellant*

v.

Carolyn W. Colvin, Acting Commissioner of Social Security

*Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: August 7, 2013
Filed: August 27, 2013
[Unpublished]

_____

Before SMITH, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Rodney Bell appeals from an order of the District Court[1] affirming the denial of disability insurance benefits and supplemental security income. Upon <u>de novo</u>

_____

[1] The Honorable Fernando J. Gaitan, Jr., Chief Judge, United States District Court for the Western District of Missouri.

review, we find that the determination of the administrative law judge (ALJ) that Bell is not disabled is supported by substantial evidence on the record as a whole. See Young v. Astrue, 702 F.3d 489, 491 (8th Cir. 2013). As to Bell's apparent challenge to the ALJ's adverse credibility determination, this challenge is being raised for the first time on appeal, see Roberts v. Apfel, 222 F.3d 466, 470 (8th Cir. 2000) (noting that unless manifest injustice would result, a claim not articulated in the district court is subject to forfeit on appeal), and in any event, the ALJ gave several valid reasons for finding Bell not entirely credible, see Renstrom v. Astrue, 680 F.3d 1057, 1067 (8th Cir. 2012) (stating that if the ALJ explicitly discredits a claimant and gives good reasons for doing so, the appellate court will normally defer to the ALJ's determination). We affirm the judgment of the District Court, and we deny Bell's motion for appointment of counsel.

_____